UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| WESS DEASE, ) | |
| ) | |
| Plaintiff, ) | 3:05-cv-00294-LRH (VPC) |
| ) | |
| v. ) | |
| ) | O R D E R |
| STEVEN MacARTHUR, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#76) entered on May 30, 2007, in which the Magistrate Judge recommends that Defendants' Motions for Summary Judgment (#64) be granted. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#76); therefore, Defendants' Motion for Summary Judgment is granted.

The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 20th day of June, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE